IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00549-ZLW-MEH

JEVON RUSSELL, an individual,

    Plaintiff,

v.

SGT. KIM PFANNKUCH, No. 95024,
OFFICER K. THOMPSON, No. 06095,
OFFICERS JOHN DOE,
SUPERVISING OFFICERS JOHN DOE,
THE DENVER POLICE DEPARTMENT,
CHIEF OF POLICE GERALD R. WHITMAN, each in their individual and official capacities, and
THE CITY AND COUNTY OF DENVER, COLORADO,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 28, 2009.**

    The Amended Stipulated Motion for Extension of Time to Respond to Plaintiff's Complaint and Jury Demand [filed April 27, 2009; docket #12] is **granted**. Defendants Pfannkuch, Thompson, Denver Police Department, Chief of Police Whitman, and the City and County of Denver shall answer or otherwise respond to Plaintiff's Complaint on or before **May 18, 2009**.

    Accordingly, the Stipulated Motion for Extension of Time to Respond to Plaintiff's Complaint and Jury Demand [filed April 24, 2009; docket #11] is **denied as moot**.