IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00549-ZLW-MEH

JEVON RUSSELL, an individual,

      Plaintiff,

v.

SGT. KIM PFANNKUCH, No. 95024,
OFFICER K. THOMPSON, No. 06095,
OFFICERS JOHN DOE,
SUPERVISING OFFICERS JOHN DOE,
THE DENVER POLICE DEPARTMENT,
CHIEF OF POLICE GERALD R. WHITMAN, each in their individual and official capacities, and
THE CITY AND COUNTY OF DENVER, COLORADO,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 9, 2009.**

      The Stipulated Motion for Entry of Protective Order [filed June 8, 2009; docket #23] is **granted**. The proposed Stipulation and Protective Order is accepted and entered contemporaneously with this minute order.