IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00549-ZLW-MEH

JEVON RUSSELL, an individual,

      Plaintiff,

v.

SGT. KIM PFANNKUCH, No. 95024,
OFFICER K. THOMPSON, No. 06095,
OFFICERS JOHN DOE,
SUPERVISING OFFICERS JOHN DOE,
THE DENVER POLICE DEPARTMENT,
CHIEF OF POLICE GERALD R. WHITMAN, each in their individual and official capacities, and
THE CITY AND COUNTY OF DENVER, COLORADO,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 18, 2009.**

The Stipulated Motion to Amend Scheduling Order [filed November 16, 2009; docket #35] is **granted**. The dates and deadlines in this matter are extended as follows:

| | |
|---|---|
| Expert designations | **January 14, 2010** |
| Rebuttal expert designations | **February 15, 2010** |
| Discovery cutoff | **March 17, 2010** |
| Dispositive motion deadline | **April 10, 2010** |

In order to accommodate the adjusted schedule, the Final Pretrial Conference set for April 12, 2010, is **vacated** and **rescheduled** to **June 11, 2010**, at **9:30 a.m.** in Courtroom 203 on the second floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures must be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures. All out-of-state counsel shall comply with D.C. Colo. LCivR 83.3C

prior to the pretrial conference.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded in richtext format from the forms section of the court's website at www.co.uscourts.gov. Instructions for downloading in richtext format are posted in the forms section of the website.**

The parties are further advised that they shall not <u>assume</u> that the court will grant the relief requested in any motion.  Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C. Colo. LCivR 83.2B.